THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SANTOS SUAREZ, Appellant.

Submitted April 25, 2005; decided April 28, 2005

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 74 Trinity Place, 11th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.